FILED

2006 May-22  PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| Dr. GENE N. GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | CV-06-RRA-703-E |
| PFIZER INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Memorandum of Opinion

This matter comes before the court on the motion to stay (doc. 5) and motion to remand (doc. 6). The magistrate judge filed a report and recommendation on May 10, 2006, finding that there is "no reasonable possibility" that the plaintiff would be able to establish a cause of action against defendant Pollard, and recommending that the motion to remand be denied, and that defendant Pollard be dismissed with prejudice. It was also recommended that the motion to stay be granted, pending transfer to multidistrict litigation. An objection to the Report and Recommendation was filed by the plaintiff.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objection thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. An appropriate order will be entered.

DONE this 22nd day of May 2006.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE